THE OCEAN CITY LAND COMPANY, appellant,

*v.*

SARAH C. WEBER, respondent.

[Argued March 5th, 1915. Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *83 N. J. Eq. 476.*

*Mr. Charles C. Babcock,* for the appellant.

*Messrs. Bourgeois & Coulomb,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.